443 A.2d 369

Commonwealth v. Anderson, Appellant.

Petition for Allowance of Appeal Denied Aug. 23, 1982.

Argued December 14, 1981. Michael A. Klimpl, for appellant; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

443 A.2d 369

Commonwealth v. Bryant, Appellant.

Submitted February 11, 1981. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and CIRILLO, JJ.

Order affirmed.